UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF NORTH CAROLINA
(Charlotte)
CERTIFICATION OF ADR SESSION



Kimberly Singh,
    Plaintiff,

v.                                             Case No: 3:16-CV-00062-GCM

GC Services Limited Partnership,
    Defendant.

Instructions: This certificate shall be filed by the mediator or by the plaintiff, and served upon all parties upon completion of the ADR process.

I hereby certify that the parties have held an Alternate Dispute Resolution session on

__September 15, 2016 and held open until September 28, 2016_____.

The ADR session was:

__x__ Mediation Session

____ Early Neutral Evaluation Session

____ Settlement Officer

____ Other (Describe type of session). _____

The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

__x__ All individual parties and their counsel.

__x__ Designated corporate representatives available by telephone

____ Required claims professionals were available by telephone

____ Other (Describe). _____

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

_____

The outcome of the ADR session was:

_x_ The case has been completely settled. Counsel will promptly notify the Court of settlement by the filing of a stipulation of dismissal signed by the parties.

___ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

___ The parties have reached an impasse.

I certify that the above is a true and accurate report of the ADR process and that all parties have received a copy of this report.

M. Ann Anderson  September 28, 2016
Mediator

*[signature]*

M. Ann Anderson
Attorney at Law
Mediator
State Bar No. 9677
PO Box 93
Pilot Mountain, NC 27041
336-368-9621