UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
COURT FILE NO.: 3:16-cv-0062-GCM

| | |
|---|---|
| **KIMBERLY SINGH,** **Plaintiff,** **Versus** **GC SERVICES LIMITED PARTNERSHIP,** **Defendant.** | STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate to a dismissal **with prejudice** of this action. Each party to bear their own costs, disbursements, and attorneys' fees incurred.

This the 24th day of October, 2016

s/ Travis E. Collum
NC Bar No. 29158
Attorney for Plaintiff
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
Telephone: 704-663-4187
travis@collumperry.com

s/Caren D. Enloe
NC Bar No. 17394
Attorney for Defendant
Smith Debnam Narron Drake
Saintsing & Myers, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
Telephone: 919-250-2000
cenloe@smithdebnamlaw.com

# CERTIFICATE OF SERVICE

  I, Travis E. Collum, do hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** in this action, was served was served via the Court Clerk's CM/ECF system which will provide notice to:

    Caren D. Enloe
    Attorney for Defendant
    Smith Debnam Narron Drake Saintsing & Myers, LLP
    4601 Six Forks Road, Suite 400
    Raleigh, NC 27609
    cenloe@smithdebnamlaw.com

  This the 24th day of October, 2016.

    s/ Travis E. Collum
    NC Bar No. 29158
    Attorney for Plaintiff
    Collum & Perry, PLLC
    Post Office Box 1739
    Mooresville, NC 28115
    Telephone: 704-663-4187
    Facsimile: 704-663-4178
    travis@collumperry.com